UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY D. GORDON,

        Plaintiff,

v.

JAY INSLEE, et al.,

        Defendant.

CASE NO. 3:21-CV-5802-BJR-DWC

ORDER GRANTING MOTION FOR OVERLENGTH BRIEFING

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Before the Court is defendants' motion to file over-length motion for summary judgment. Dkt. 32. In light of the volume of claims and defendants in this case, defendants seek leave to file an additional two pages of briefing in support of their motion for summary judgment.

The Court GRANTS defendants' motion. Defendants' motion for summary judgment may be up to 26 pages in length. Plaintiff may likewise file a response to defendants' motion that shall not exceed 26 pages. Defendants' reply shall not exceed 13 pages.

Dated this 18th day of October, 2022.

                                                                David W. Christel
                                                                 United States Magistrate Judge